# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AARON W BRUNS, and KYLIE D BRUNS,<br><br>　　　　　　　Plaintiffs,<br><br>　vs.<br><br>MATHEWS ARCHERY, INC., and<br>MISSION ARCHERY, INC.,<br><br>　　　　　　　Defendants. | 8:23CV165<br><br>ORDER |

Upon notice of settlement given to the undersigned magistrate judge by counsel for the parties,

**IT IS ORDERED:**

1. On or before **April 28, 2025**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 28th day of March, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/Michael D. Nelson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge