IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

AARON W BRUNS, and KYLIE D BRUNS,

Plaintiffs,

vs.

MATHEWS ARCHERY, INC., and MISSION ARCHERY, INC.,

Defendants.

8:23CV165

ORDER OF DISMISSAL

This matter is before the Court on the parties' Joint Stipulation and Motion for Dismissal with Prejudice. (Filing No. 71.) The Joint Stipulation and Motion for Dismissal requests that this action be dismissed in its entirety, including all claims in the Complaint (and any amendments thereto) and the Third-Party Complaint (and any amendments thereto). Having considered the matter, the Court will accept the Joint Stipulation and dismiss this suit.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 13th day of June, 2025.

BY THE COURT:

_____
Susan M. Bazis
United States District Judge